BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-CV-01017-MCE-KJN |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| v. | ) **FOR PUBLICATION** |
| APPROXIMATELY $7,070.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants Approximately $7,070.00 in U.S. Currency ("defendant currency") was seized in the city of Chico, located

1 in Butte County, California.  The Drug Enforcement
2 Administration published notice of the non-judicial forfeiture of
3 the defendant currency on January 11, 18, and 25, 2010, in *The*
4 *Wall Street Journal*.
5     4.   Plaintiff proposes that publication be made as follows:
6         a.   One publication;
7         b.   Thirty (30) consecutive days;
8         c.   On the official internet government forfeiture
9 site www.forfeiture.gov;
10         d.   The publication is to include the following:
11             (1)   The Court and case number of the action;
12             (2)   The date of the seizure/posting;
13             (3)   The identity and/or description of the
14 property seized/posted;
15             (4)   The name and address of the attorney for the
16 Plaintiff;
17             (5)   A statement that claims of persons entitled
18 to possession or claiming an interest pursuant to Supplemental
19 Rule G(5) must be filed with the Court and served on the attorney
20 for the Plaintiff no later than 60 days after the first day of
21 publication on the official internet government forfeiture site;
22 and
23             (6)   A statement that answers to the Complaint or
24 a motion under Rule 12 of the Federal Rules of Civil Procedure
25 ("Fed. R. Civ. P.") must be filed and served within 21 days after
26 ///
27 ///
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: April 26, 2010              BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ Saralyn M. Ang-Olson
                                   SARALYN M. ANG-OLSON
                                   Special Assistant U.S. Attorney
                                   Attorneys for the United States


**ORDER**

IT IS SO ORDERED.

DATED: April 29, 2010


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE