```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-01017-MCE-KJN |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| APPROXIMATELY $7,070.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the Honorable Judge Kendall J. Newman on plaintiff United States' _ex parte_ motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture In Rem filed April 26, 2010. (Dkt. No. 1.)

2. Plaintiff United States of America has moved this Court, pursuant to Eastern District Local Rule 540, for entry of

default judgment of forfeiture against potential claimants Edgar Eduardo Nava and Elisabeth Ramirez.  (Dkt. No. 11.)

      3.   On June 14, 2010, the Clerk of Court entered default against potential claimants Eduardo Nava and Elisabeth Ramirez.  (Dkt. No. 9.)

      4.   Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Edgar Eduardo Nava and Elisabeth Ramirez received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

      Therefore, IT IS HEREBY RECOMMENDED that:

      1.   Plaintiff's motion for default judgment and final judgment of forfeiture be granted;

      2.   A judgment by default be entered against any right, title or interest of potential claimants Edgar Eduardo Nava and Elisabeth Ramirez in the defendant currency;

      3.   A final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

      4.   The Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy

on all parties.  Id.; see also Local Rule 304(b).  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed with the court and served on all parties within fourteen days after service of the objections.  Local Rule 304(d).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: August 12, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE